PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE T. LYDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-MJ-00124 EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| GUILLERMO HILARIO-DURAN, | |
| Defendant. | DATE: July 8, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Kendall J. Newman |

### **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a preliminary hearing on July 8, 2016.
2. By this Stipulation, the parties now seek to continue the preliminary hearing by one week until July 15, 2016, at 2:00 p.m.
3. Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) of the Federal Rules of Criminal Procedure.  Extending the time for the preliminary hearing will not impact the prompt disposition of the defendant's case and will be more efficient from the perspective of the parties.

**IT IS SO STIPULATED.**

DATED: July 7, 2016         */s/ Katherine T. Lydon*
                                         KATHERINE T. LYDON
                                         Assistant U.S. Attorney

DATED: July 7, 2016         */s/ Hannah Larabee*
                                         HANNAH LARABEE
                                         Attorney for Guillermo Hilario-Duran
                                         (as authorized on July 7, 2016)

## **ORDER**

IT IS SO FOUND AND ORDERED, this 8th day of July, 2016.

*[Signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE